[No. 66634-7-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON RASHAURD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04159-8, Douglass A. North, J., entered January 7, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Becker, J.

[No. 66635-5-I.   Division One.   June 11, 2012.]

*In the Matter of the Marriage of* JILL IRINA BORODIN, *Respondent*, and ADAM REED GROSSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-02955-9, Mariane C. Spearman, J., entered February 7, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 66655-0-I.   Division One.   June 11, 2012.]

RICHARD CALLAGHAN ET AL., *Appellants*, v. LINDA A. HADLEY, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 09-2-00395-0, Alan R. Hancock, J., entered January 6, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.

[No. 66657-6-I.   Division One.   June 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM RAY STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-00597-2, David A. Kurtz, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Becker, J.